IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THAYNE DAVIS, | : | |
| Plaintiff, | : | Case No. 3:04cv00059 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| LIFETIME CAPITAL, INC., | : | |
| Defendant. | : | |

**ORDER**

This case is presently before the Court upon three separate motions to stay filed by Interested Parties Nena Ellison (Trustee for Johnnie C. and Irene F. Ivy Family Living Trust), Robert G. Burgess, and Ernest and Jacquelyn Storms ("the Stormses") (Docs. #1213, 1214, 1215), and the record as a whole.  Ms. Ellison, Mr. Burgess, and the Stormses appealed this Court's Order (Doc. #1207) filed November 10, 2011, disallowing their claims to a settlement agreement previously approved in this case.  Ms. Ellison, Mr. Burgess, and the Stormses each request "that the Court . . . stay the effectiveness of the Order [Doc. #1207] pending the resolution of the Appeal."

As all appeals regarding this Court's Order Disallowing Claims of any LifeTime Investor and Certain Jordan Investors (Doc. #1207) have now been resolved, Interested Parties Nena Ellison, Robert G. Burgess, and Ernest and Jacquelyn Storms' Motions to Stay (Docs. #1213, 1214, and 1215) are DENIED as moot.

**IT IS SO ORDERED.**

September 14, 2012

          s/ Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge