# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THAYNE DAVIS, | : | |
| Plaintiff, | : | Case No. 3:04cv00059 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| LIFETIME CAPITAL, INC., | : | |
| Defendant. | : | |

# ORDER

It is hereby ordered that the above-captioned cause be stayed and administratively processed.

September 28, 2012                      s/ Sharon L. Ovington
                                                                   Sharon L. Ovington
                                                        United States Magistrate Judge

AOProcessing/Case stayed pending appeal.