# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THAYNE DAVIS, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:04-cv-00059 |
| | : | |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| LIFETIME CAPITAL, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

It is hereby ordered that the above-captioned cause be administratively processed.

September 29, 2017

*s/Sharon L. Ovington*
Sharon L. Ovington
Chief United States Magistrate Judge

AOProcessing/Action Stayed awaiting a ruling from the United States Court of Appeals for the Sixth Circuit.