# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| H. THAYNE DAVIS, | : | Case No. 3:04-cv-59 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| LIFETIME CAPITAL, INC., *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on Plaintiff's Suggestion of Death Upon the Record under Rule 25(a)(1) and Motion for Substitution of Party. For good cause shown, the motion to substitute Asset Servicing Group as Receiver in substitution of H. Thomas Moran is hereby granted.

**IT IS SO ORDERED.**

October 12, 2021

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge